

NUMBER 13-08-00086-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

UNITED SERVICES AUTOMOBILE ASSOCIATION,           Appellant,

v.

OMAR W. ROSALES,                                                          Appellee.

On Appeal from the 357th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 357th District Court of Cameron County, Texas, in cause number 2007-01-372-E.  Appellant has filed a motion to dismiss the appeal on grounds that the parties have settled the case and disposed of all issues forming the basis of the appeal.  Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 29th day of October, 2009.